UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARLYN YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:16 CV 1171 CDP |
| | ) |
| CITIFINANCIAL SERVICES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that plaintiff Marlyn Young's "Motion to Remove or Dismiss Defendant's Civil Action from Federal Court to State Court" [13], in which Young seeks to remand this removed action back to State court, is **DENIED**. A review of the file shows there to be no procedural defect in the removal process, *see* 28 U.S.C. § 1446; and federal subject-matter jurisdiction appears on the face of Young's complaint given his claim that defendants violated the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq.*, and the Credit CARD Act, Pub. L. No. 111-24, 123 Stat. 1734 (2009), with sufficient factual allegations giving rise to his claim. *See Caterpillar Inc. v. Williams*, 482 U.S. 386, 393 (1987). (where federal question is presented on face of properly pleaded complaint, federal jurisdiction exists and a defendant may remove case from State court to Federal court).

If Young wishes to dismiss his federal claims from this action, he may seek to do so by separate motion.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of September, 2016.